# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CASE NO.:  13-02221-jw |
| | ) |
| LOUISE COLEMAN GRANT | ) CHAPTER 13 |
| | ) |
| | ) NOTICE |
| Debtor(s). | ) CERTIFICATION OF PLAN COMPLETION AND |
| | ) REQUEST FOR A DISCHARGE |

To the Trustee and to all creditors and parties in interest:

**YOU ARE HEREBY NOTIFIED** that the above-referenced debtor has requested a discharge pursuant to 11 U.S.C. §1328(a) in the above case.  A copy of the Certification of Plan Completion and Request for Discharge is attached.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you have any reason to believe that the provisions of 11 U.S.C. §522(q) apply to this debtor or that there is pending any proceeding in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B) or that the debtor is otherwise not entitled to a discharge, then you or your attorney must:

    1.  File with the court a written response to the Certification, specifying the basis for your response, no later than fourteen (14) days from the date of service of this Notice, and mail a copy to:

       Richard A. Steadman, Jr., Esquire
       P. O. Box 60367
       North Charleston, SC 29419-0367
       (843) 529-1100
       rsteadman@steadmanlawfirm.com
       District Court I.D. 4284
       Attorney for the Debtor

       LOUISE COLEMAN GRANT
       109 Sundance Court
       Summerville, SC 29483

    2.  Attend the hearing to be held as indicated below.

PLEASE TAKE FURTHER NOTICE that no hearing will be held on the Request for Discharge unless a response is timely filed and served, in which case, the Court will conduct a hearing on (consent/14 days) September 15, 2016 at 9:00 A.M., at King and Queen Building, 145 King Street, Room 225, Charleston, South Carolina.  No further notice of this hearing will be given.

Date: August 2, 2016

       /s/ Richard A. Steadman, Jr.
       Richard A. Steadman, Jr..
       Steadman Law Firm, P.A.
       Post Office Box 60367
       North Charleston, SC 29419-0367
       (843) 529-1100, Fax (843) 529-0027
       rsteadman@steadmanlawfirm.com
       District Court I.D. #4284
       Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                    )    CASE NO.:  13-02221-jw
                                          )
LOUISE COLEMAN GRANT                      )    CHAPTER 13
                                          )
            Debtor(s).                    )    CERTIFICATION OF PLAN COMPLETION AND
                                          )    REQUEST FOR A DISCHARGE
_____         )

The above-captioned debtor(s) certify(s) under penalty of perjury that the following are true and correct:

1)  All plan payments have been completed and the debtor is entitled to a discharge.

2.)  Pursuant to 11 U.S.C. §1328(a), all amounts payable for <u>domestic support obligations/alimony</u> due on or before the date set forth below (including any amounts due before the filing of the bankruptcy petition to the extent provided for by the plan) have been paid to:

Name:_____

Address:_____

**The debtor's employer (including address):**
**Name:        Disabled**_____

**Address:**_____

Claims that were not discharged pursuant to 11 U S.C. §5243(a)(2) or (4): <u>N/A</u>_____

Debts that were reaffirmed under 11 U.S.C. §524 (c): _____<u>N/A</u>_____

3.)  The provisions of 11 U.S.C. §522(q)(1) are not applicable to this case under 11 U.S.C. §1328(h) and there are not proceedings pending against the debtor of the kind described in 11 U.S.C. §522(q)(1)(B).

4.)  The debtor has not received a discharge in a case filed under 7, 11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order.

5.)  The debtor has completed an instructional course concerning personal financial management described in 11 U.S.C. §111 and has either previously filed Official Form 23 so certifying with the Court, or such certification and accompanying documents are being contemporaneously filed herewith.

The undersigned requests that a discharge be granted in accordance with 11 U.S.C. §1328.

Date:_ 01/04/2016 _____

/s/Louise Coleman Grant _____
Debtor:  LOUISE COLEMAN GRANT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: | )  CASE NO.:  13-02221-jw |
|  | ) |
|   LOUISE COLEMAN GRANT | )  CHAPTER 13 |
|  | ) |
|          Debtor(s). | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

* * * * * *

The undersigned hereby certifies that he served the foregoing Certification of Plan Completion and Request for a Discharge on all creditors and parties in interest entitled to such notice.  The parties served are individually listed on the accompanying list or mailing matrix.


Date:    August 2, 2016        BY:    /s/ Autumn Martin
                                        Autumn Martin, Legal Assistant to
                                        Richard A. Steadman, Jr.
                                        STEADMAN LAW FIRM, P.A.
                                        Post Office Box 60367
                                        North Charleston, SC 29419
                                        (843) 529-1100
                                        District Court I.D. #4284
                                        rsteadman@steadmanlawfirm.com
                                        Attorney for the Debtor(s)


**Via Electronic Notice Only:**
JAMES M. WYMAN
CHAPTER 13 TRUSTEE

OFFICE OF THE U.S. TRUSTEE
1835 ASSEMBLY ST., STE 953
COLUMBIA, SC  29201


**Via U.S Postal Service Only:**
See attached mailing matrix

```
Label Matrix for local noticing       American InfoSource LP as agent for      BEAUFORT MEDICAL IMAGING INC.
0420-2                                 Midland Funding LLC                      CBC
Case 13-02221-jw                       PO Box 268941                            PO BOX 5067
District of South Carolina             Oklahoma City, OK  73126-8941            KINGSPORT TN 37663-0067
Charleston
Tue Aug  2 12:19:03 EDT 2016

BNC Banking                            Cred Bur Col                             FNCC/Legacy Visa
P. O. Box 1148                         10368 Wallace Alley St S                 Attn: Bankruptcy
Thomasville NC 27361-1148              Kingsport TN 37663-3977                  PO Box 5097
                                                                                Sioux Falls SD 57117-5097


Louise Coleman Grant                   I C System                              MUSC
89 America Street                      Attn: Bankruptcy                         1 Poston Rd, Ste 350
Charleston, SC 29403-5623              444 Highway 96 East, P.O. Box 64444      Charleston SC 29407-3431
                                       Saint Paul MN 55164-0444


REGIONAL MANAGEMENT CORPORATION        RMC                                      Regional Finance
PO BOX 776                             PO Box 50685                             567 King St
MAULDIN, SC 29662-0776                 Columbia SC 29250-0685                   Charleston SC 29403-5503
(864) 546-3404


Richard A. Steadman, Jr.               SCDOR                                    SFC-Central Bankruptcy
PO Box 60367                           PO BOX 12265                             P.O. Box 1893
North Charleston SC 29419-0367         Columbia SC 29211-2265                   Spartanburg, S.C. 29304-1893


Sca                                    Security Fin                             Southern Finance Co.
P O Box 910                            SFC Centralized Bankruptcy               1220 Ben Sawyer Blvd., Suite P
Edenton NC 27932-0910                  PO Box 1893                              Mount Pleasant SC 29464-4581
                                       Spartanburg SC 29304-1893


Richard A. Steadman                    Richard A. Steadman Jr.                  US Trustee's Office
Steadman Law Firm PA                   STEADMAN LAW FIRM PA                     Strom Thurmond Federal Building
PO Box 60367                           P O Box 60367                            1835 Assembly Street
North Charleston, SC 29419-0367        North Charleston, SC 29419-0367         Suite 953
                                                                                Columbia, SC 29201-2448

World Finance Corp                     James M. Wyman                          End of Label Matrix
472 Meeting Street                     PO Box 997                              Mailable recipients     22
Charleston SC 29403-4899               Mount Pleasant, SC 29465-0997           Bypassed recipients      0
                                                                               Total                   22
```