**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 13−02221−jw                               Chapter: 13

**In re:**

Louise Coleman Grant
aka Louise C. Grant, aka Louise Grant

| **Entered By The Court**<br>**9/2/16** | ORDER DISCHARGING TRUSTEE AND CLOSING CASE | **Filed By The Court**<br>**9/2/16**<br>**Laura A. Austin**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The trustee having certified that the estate of the above−named debtor(s) has been fully administered,

**IT IS ORDERED THAT:**

The case trustee is discharged as trustee of the estate of the above named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above named debtor(s) is closed.

*John E Waites*

United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                          District of South Carolina
```

In re:                                                              Case No. 13-02221-jw
Louise Coleman Grant                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-2          User: brooks              Page 1 of 1           Date Rcvd: Sep 02, 2016
                              Form ID: 195BNC           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db              Louise Coleman Grant,    89 America Street,    Charleston, SC   29403-5623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              James M. Wyman    13info@charleston13.com,
               wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net;
               milligan@charleston13.com;nobles@charleston13.com
              Richard A. Steadman    on behalf of Debtor Louise Coleman Grant rsteadman@steadmanlawfirm.com
              Richard A. Steadman, Jr.    on behalf of Debtor Louise Coleman Grant rsteadman@steadmanlawfirm.com,
               ecf.notices@steadmanlawfirm.com
              US  Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                             TOTAL: 4